Galina Dorris (SBN 365131)
**GAVRILOV & BROOKS**
2315 Capitol Ave
Sacramento, CA 95816
(916)504-0529
gdorris@gavrilovlaw.com

Attorney for Petitioner,
Alfonso Perez Cruz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alfonso Perez Cruz<br>Petitioner,<br><br>v.<br><br>Warden, et. al.,<br>Respondents. | CASE No. 1:26-cv-07097-TLN-CKD<br><br>**ORDER GRANTING PETITIONER'S MOTION OF VOLUNTARY DISSMISSAL OF THE WRIT OF HABEAS CORPUS PETITION UNDER 28 U.S.C. § 2241** |

**ORDER GRANTING PETITIONER'S MOTION OF VOLUNTARY DISSMISSAL OF THE WRIT OF HABEAS CORPUS PETITION UNDER 28 U.S.C. § 2241**

Upon consideration of Petitioner's Motion to Voluntarily Dismiss Petition of Habeas Corpus and all other papers and records on file, and good cause appearing

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion to Dismiss the Habeas Corpus Petition GRANTED.
2. All other deadlines and procedures in the Court's prior order shall remain in effect unless otherwise modified by the Court.

**IT IS SO ORDERED.**

**DATED:** October 1, 2026

Troy L. Nunley
Chief United States District Judge